**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

IN RE: Brandon Rader )
)
)                Case No. _____
)                Chapter  11
)
Debtor.         )

FILED BANKRUPTCY OK WD
JUN 26 2026 AM10:58

## VERIFICATION OF LIST OF CREDITORS

☑ Original
☐ Amendment
    ☐ Add          ☐ Delete

The above-named debtor hereby verifies that the **attached List of Creditors** is true and correct to the best of his/her/their knowledge. If this is an amendment to the Verification of List of Creditors, the **attached List of Creditors** contains <u>only</u> the newly added, modified, or deleted creditors.

The List of Creditors was electronically uploaded to the Court by the following method:

☐ Electronic Case Filing (ECF) system; or
☐ Electronic Self-Representation (eSR) system (list of creditors attached to petition);or
☑ Creditor Matrix application *(to be used by pro se filers only – available on the*

*Court's website <u>www.okwb.uscourts.gov</u> or in the Clerk's Office).*

Date: 06/26/2026 _____

_____
Debtor's Signature
Printed Name: Brandon Rader

405·642·5876

Brandon@Rader.co

_____
Joint Debtor's Signature (if applicable)
Printed Name: _____
    ☑ Pro se Debtor - *you must fill out address on 2nd page*
    ☐ Represented by Counsel - *you must fill out address on 2nd page*

Local Form 1007-1.C                                      Rev. 01/15/2026

Pace Equity, LLC
731 N Jackson St
Suite 420
Milwaukee , WI 53202

Samson MCA LLC
1545 Route 202
Ste 201
Pomona NY 10970