**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

In re:

RADER, BRANDON SCOTT,  Case No. 26-12138

Debtor.  Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

United States Trustee, Ilene J. Lashinsky, hereby enters her appearance in this case by and through counsel:

> Marjorie J. Creasey, OBA #17819
> Assistant United States Trustee
> 215 Dean A. McGee, Fourth Floor
> Oklahoma City, OK 73102
> (405) 231-4393/231-5958 [fax]
> Marjorie.Creasey@usdoj.gov

and requests copies of all notices, filings and pleadings pursuant to Rule 9010(b) of the FED. R. BANKR. P. and Local Rule 9010-1.

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Marjorie J. Creasey
Marjorie J. Creasey, AUST, OBA #17819
Assistant United States Trustee
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(405) 231-4393/231-5958 [fax]
Marjorie.Creasey@usdoj.gov