**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

BRANDON SCOTT RADER,

     Debtor.

Case No. 26-12138-JDL
Chapter 11

**ENTRY OF APPEARANCE
AND REQUEST FOR NOTICES**

Pursuant to Rules 2002(g) and 9010(b), F.R.Bankr.P., Jason A. Sansone, of the law firm Phillips Murrah P.C., enters his appearance as attorney of record for Valliance Bank, a creditor in the above-captioned case, and requests that copies of all notices and pleadings in this case be mailed to him at the address stated below. The Clerk of the Court is requested to place Jason A. Sansone on the mailing matrix in the above-styled case.

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*
Jason A. Sansone, OBA No. 30913
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 - facsimile
jasansone@phillipsmurrah.com
**Attorneys for Valliance Bank**

**CERTIFICATE OF SERVICE**

This is to certify that on the 26th day of June, 2026, a true and correct copy of the above and foregoing was mailed by first class mail, postage prepaid, to the following:

Brandon Scott Rader
740 Turnberry Ln
Edmond, OK 73025

*/s/ Jason A. Sansone*
Jason A. Sansone, OBA No. 30913