**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

BRANDON SCOTT RADER,

   Debtor.

Case No. 26-12138-JDL
Chapter 11

## NOTICE OF ISSUANCE OF SUBPOENA IN A BANKRUPTCY CASE

  PLEASE TAKE NOTICE that, pursuant Fed. R. Civ. P. 45, made applicable by Fed. R. Bank. P. 9016, on the 26th day of June, 2026, Valliance Bank, by and through its counsel of record, caused a *Subpoena to Produce Documents, Information or Objects, or to Permit Inspection of Premises in a Bankruptcy Case*, to be issued to the following: Rader Realty, Inc.  A copy of the Subpoena is attached hereto as Exhibit 1.

      Respectfully submitted,

      **PHILLIPS MURRAH P.C.**

      */s/ Jason A. Sansone*
      Melvin R. McVay, Jr., OBA No. 6096
      Clayton D. Ketter, OBA No. 30611
      Jason A. Sansone, OBA No. 30913
      424 N.W. 10th St., Suite 300
      Oklahoma City, OK 73103
      (405) 235-4100 - telephone
      (405) 235-4133 - facsimile
      mrmcvay@phillipsmurrah.com
      cdketter@phillipsmurrah.com
      jasansone@phillipsmurrah.com
      ***Attorneys for Valliance Bank***

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 26th day of June, 2026, true and correct copies of the above and foregoing were mailed by first class mail, postage prepaid, to:

Pace Equity, LLC
731 N Jackson St., Suite 420
Milwaukee, WI 53202-4612

Samson MCA LLC
1545 Route 202., Ste 201
Pomona NY 10970-2951

United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Brandon Scott Rader
740 Turnberry Ln
Edmond, OK 73025-2821

Rader Realty, Inc.
c/o Brandon Scott Rader
740 Turnberry Ln
Edmond, OK 73025-2821

*/s/ Jason A. Sansone*
Jason A. Sansone, OBA No. 30913

2