20200709010977950
EMOD 07/09/2020
10:51:46 AM Book:14401
Page:1400  PageCount:5
Filing Fee:$26.00
Doc. Tax:$.00
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
David B. Hooten

**RECORDATION**
  **REQUESTED BY:**
  Valliance Bank
  Oklahoma City Office
  1601 Northwest
  Expressway
  Oklahoma City, OK
  73118

**WHEN RECORDED MAIL**
  **TO:**
  Valliance Bank
  Oklahoma City Office
  1601 Northwest
  Expressway
  Oklahoma City, OK
  73118

Received MTG Tax $5.00 Fee Only

**SEND TAX NOTICES TO:**
  Valliance Bank
  Oklahoma City Office
  1601 Northwest
  Expressway
  Oklahoma City, OK
  73118

Paid: 7/9/2020 10:35:56 AM Rcpt #
2070265
 Forrest 'Butch' Freeman
Okla Co. Treasurer
By KSTEVENS Deputy
SEE AFFIDAVIT

FOR RECORDER'S USE ONLY



# VALLIANCE V BANK

## MODIFICATION OF MORTGAGE



*0000000000081037130740070082020*

**A POWER OF SALE HAS BEEN GRANTED IN YOUR MORTGAGE BY THIS AMENDMENT TO IT.  A POWER OF SALE MAY ALLOW THE MORTGAGEE TO TAKE THE MORTGAGED PROPERTY AND SELL IT WITHOUT GOING TO COURT IN A FORECLOSURE ACTION UPON DEFAULT BY THE MORTGAGOR UNDER THE MORTGAGE.**

THIS MODIFICATION OF MORTGAGE dated July 8, 2020, is made and executed between MONSTER MONSTER LLC; an Oklahoma Limited Liability Company (referred to below as "Grantor") and Valliance Bank, whose address is 1601 Northwest Expressway, Oklahoma City,

**RECORDATION**
**REQUESTED BY:**
**Valliance Bank**
**Oklahoma City Office**
**1601 Northwest**
**Expressway**
**Oklahoma City, OK**
**73118**

**WHEN RECORDED MAIL**
**TO:**
**Valliance Bank**
**Oklahoma City Office**
**1601 Northwest**
**Expressway**
**Oklahoma City, OK**
**73118**

**SEND TAX NOTICES TO:**
**Valliance Bank**
**Oklahoma City Office**
**1601 Northwest**
**Expressway**
**Oklahoma City, OK**
**73118**                                          **FOR RECORDER'S USE ONLY**



# VALLIANCE BANK

## MODIFICATION OF MORTGAGE



*00000000000810371307400708202020*

A POWER OF SALE HAS BEEN GRANTED IN YOUR MORTGAGE BY THIS
AMENDMENT TO IT. A POWER OF SALE MAY ALLOW THE MORTGAGEE TO
TAKE THE MORTGAGED PROPERTY AND SELL IT WITHOUT GOING TO COURT
IN A FORECLOSURE ACTION UPON DEFAULT BY THE MORTGAGOR UNDER
THE MORTGAGE.

THIS MODIFICATION OF MORTGAGE dated July 8, 2020, is made and executed between
MONSTER MONSTER LLC; an Oklahoma Limited Liability Company (referred to below as
"Grantor") and Valliance Bank, whose address is 1601 Northwest Expressway, Oklahoma City,

## MODIFICATION OF MORTGAGE
**Loan No: 8103713**                              **(Continued)**                              **Page 2**

---

OK 73118 (referred to below as "Lender").

**MORTGAGE.** Lender and Grantor have entered into a Mortgage dated August 10, 2017 (the "Mortgage") which has been recorded in OKLAHOMA County, State of Oklahoma, as follows:

**RECORDED 08/11/17 IN OKLAHOMA COUNTY IN BOOK 13513 PAGE 1259 AND MODIFIED 05/08/19 FILED 05/09/2019 IN BOOK 14018 PAGE 918.**

**REAL PROPERTY DESCRIPTION.** The Mortgage covers the following described real property located in OKLAHOMA County, State of Oklahoma:

LOT SEVEN (7), OF BLOCK ELEVEN (11) OF VALENCIA II ADDITION SECTION 1, A PLANNED UNIT DEVELOPMENT, TO OKLAHOMA CITY, OKLAHOMA COUNTY, OKLAHOMA ACCORDING TO THE RECORDED PLAT THEREOF.

The Real Property or its address is commonly known as 18717 PIEDRA LANE, EDMOND, OK 73012.

**MODIFICATION.** Lender and Grantor hereby modify the Mortgage as follows:

**EXTEND MATURITY TO 07/08/2025 NO NEW MONEY.**

**CONTINUING VALIDITY.** Except as expressly modified above, the terms of the original Mortgage shall remain unchanged and in full force and effect and are legally valid, binding, and enforceable in accordance with their respective terms. Consent by Lender to this Modification does not waive Lender's right to require strict performance of the Mortgage as changed above nor obligate Lender to make any future modifications. Nothing in this Modification shall constitute a satisfaction of the promissory note or other credit agreement secured by the Mortgage (the "Note"). It is the intention of Lender to retain as liable all parties to the Mortgage and all parties, makers and endorsers to the Note, including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, shall not be released by virtue of this Modification. If any person who signed the original Mortgage does not sign this Modification, then all persons signing below acknowledge that this Modification is given conditionally, based on the representation to Lender that the non-signing person consents to the changes and provisions of this Modification or otherwise will not be released by it. This waiver applies not only to any initial extension or modification, but also to all such subsequent actions.

**POWER OF SALE.**(A)   Lender, as an alternative remedy, may elect to foreclose by power of sale, and Grantor authorizes Lender, or Lender's attorney, and grants to Lender, or Lender's attorney, the power (1) to sell and to convey the Collateral to a purchaser and the purchaser's heirs or assigns, forever, and (2) to foreclose Grantor's rights and the rights of all persons who took an interest in the Collateral subject to this Modification.(B)   This right to foreclose and to sell and convey the Collateral which Grantor has given Lender by contract is called the "power of sale" and may, at the option of Lender, be utilized in lieu of the procedure authorized by law for acceleration and foreclosure by judicial process. The power of sale means that in accordance with applicable Oklahoma law with respect to notice to Grantor and other persons, Grantor's interest and the other persons' interests in the Collateral can be sold by Lender at public sale and that the proceeds can be applied to pay the accelerated debt evidenced by the Note and any other Indebtedness secured by this Modification without Lender having to go to court in a foreclosure action.(C)   However, under the power of sale, before Lender, after an

**MODIFICATION OF MORTGAGE**

Loan No: 8103713                          **(Continued)**                          **Page 3**

Event of Default, declares all sums secured by this Modification immediately due and payable irrespective of any maturity date specified in the Note or in this Modification, Lender must give Grantor written notice of intention to foreclose by power of sale, which notice informs Grantor how Grantor has failed to perform under this Modification and what Grantor must do to cure the failure.(D)    Grantor will have the right for thirty-five (35) days from the date notice is sent, or for any other period provided by law, to cure the failure by paying money or otherwise providing the performance due, unless Grantor previously has been in default more than the number of times specified by statute within the previous two (2) years, in which case  (1)  Lender is entitled immediately to accelerate the sums secured by this Modification and to proceed with the power of sale, and  (2)  Lender is not required to send a notice of intention of foreclosure with any right to cure.  If Grantor cures the default or if Lender accepts a partial performance and a promise to complete performance later, Lender may not require immediate payment in full by acceleration.  Grantor understands cure of a default or Lender's acceptance of partial cure and a promise to complete performance later does not affect or compromise Lender's rights if there is again a default.  If Lender so requests, Grantor agrees to sign and return a form stating  (1)  when Grantor received the notice specified in this paragraph,  (2)  whether the Collateral is homestead property, and  (3)  if so, whether Grantor will elect judicial foreclosure or elect against a deficiency.  Grantor understands that Grantor may, but need not, waive a right to cure in any such receipt form if requested by Lender.(E)    In any effort to collect the amounts secured by this Modification, whether or not involving foreclosure and sale by power of sale, Lender will have the right to collect all costs allowed by law, and Grantor agrees to pay to the extent permitted by law Lender's legal expenses.

**GRANTOR ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS MODIFICATION OF MORTGAGE AND GRANTOR AGREES TO ITS TERMS.   THIS MODIFICATION OF MORTGAGE IS DATED JULY 8, 2020.**

**GRANTOR:**

**MONSTER MONSTER LLC**

By: _____
JENNIFER RADER, Member/Manager of
MONSTER MONSTER LLC

By: _____
BRANDON RADER, Member/Manager of
MONSTER MONSTER LLC

## MODIFICATION OF MORTGAGE

Loan No: 8103713                  **(Continued)**                 **Page 4**

**LENDER:**

**VALLIANCE BANK**

X _____

Alan Schaefer, Senior Vice President

---

### LIMITED LIABILITY COMPANY ACKNOWLEDGMENT

STATE OF ___Oklahoma___       )

                                    ) SS

COUNTY OF ___Oklahom___      )

Before me, the undersigned, a Notary Public in and for the above County and State, on this ____ _____8th___ day of ___July___, 20_20___, personally appeared **JENNIFER RADER, Member/Manager** of **MONSTER MONSTER LLC** and **BRANDON RADER, Member/Manager of MONSTER MONSTER LLC**, members or designated agents **of MONSTER MONSTER LLC**, to me known to be the identical persons who executed the Modification on behalf of the limited liability company and acknowledged to me that **JENNIFER RADER, Member/Manager of MONSTER MONSTER LLC and BRANDON RADER, Member/Manager of MONSTER MONSTER LLC**, executed the same Modification as their free and voluntary act and deed, and as the free and voluntary act and deed of said limited liability company, for the uses and purposes set forth in the Modification.

Signed the ___8___ day of ___July___, 20_20_.

_____

**Notary Public**

My Commission Expires: ___2-25-2024___

Loan Number _____

S. ELAINE WADE
Notary Public - State of Oklahoma
Commission Number 08001927
My Commission Expires Feb 25, 2024

## MODIFICATION OF MORTGAGE
**Loan No: 8103713**                                    **(Continued)**                                                      **Page 5**

---

### LENDER ACKNOWLEDGMENT

STATE OF  _Oklahoma_                                                          )

                                                                              ) SS

COUNTY OF  _Oklahom_                                                          )

On this _____8_____ day of _____July_____, 20 _20_, before me the undersigned, a Notary Public in and for the above County and State, personally appeared **Alan Schaefer** to me known to be the **Senior Vice President**, authorized agent for **Valliance Bank** that executed the within and foregoing instrument and acknowledged said instrument to be the free and voluntary act and deed of **Valliance Bank,** duly authorized by the **Valliance Bank** through its board of directors or otherwise, for the uses and purposes therein mentioned, and on oath stated that he or she is authorized to execute this said instrument and in fact executed this said instrument on behalf of **Valliance Bank.**

**Signed the** _____8_____ **day of** _____July_____, 20 _20_

                                                                              _S. Elaine Wade_
                                                                              Notary Public

**My Commission Expires:** _2-25-2024_

S. ELAINE WADE
Notary Public - State of Oklahoma
Commission Number 08001927
My Commission Expires Feb 25, 2024

---