FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 15 2026

RICK WARREN
COURT CLERK

108 _____


*1064425297*

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| VALLIANCE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CJ-2025-7214 |
| | ) | |
| RADER BUILDING COMPANY, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |

Default

**JOURNAL ENTRY OF JUDGMENT**

NOW on the _14th_ day of _January_ 20_26_, the above cause came on for consideration. Plaintiff, Valliance Bank ("Valliance"), appeared by its attorneys Phillips Murrah P.C. through the undersigned; and Rader Building Company, Inc. ("Rader Building"), Brandon Scott Rader a/k/a Brandon Rader, individually ("Brandon Rader"), and Jennifer Rader, individually ("Jennifer Rader," and together with Brandon Rader, the "Raders," and with Rader Building, the "Rader Defendants"), appear not.

The Court finds that Rader Defendants were served on November 3, 2025, with Summons and Petition by the Sheriff of Oklahoma County, Oklahoma, as evidenced by the Returns of Service filed with the Clerk of this Court. To date, Rader Defendants have not filed an Answer or other responsive pleading in these proceedings and are in default.

The Court further finds that the Raders are not protected by the Servicemembers Civil Relief Act ("SCRA").

The Court further finds that the SCRA is not applicable to Rader Building.

Thereupon the parties so appearing as above set forth, the Court, being fully advised in the premises, finds generally in favor of Valliance and against the Rader Defendants, and that the allegations of Valliance's Petition are true.

1

The Court further finds that Rader Building is in default under the Note and Mortgage, as defined in Valliance's Petition, and that there is due, owing and unpaid to Valliance the principal sum of $499,283.35, together with interest thereon in the amount of $8,279.69 as of September 25, 2025 and accruing thereafter at the rate set forth in the Note, until paid; abstract expenses; late charges; advances for taxes; appraisal fees; preservation and maintenance costs of the Real Property; all other expenses, fees, charges, advances, taxes, assessments; and all costs of this action, including a reasonable attorney's fee, less all credits, for which amounts the Mortgage is valid and enforceable lien upon:

> LOT SIX (6), OF BLOCK ONE (1), IN TURNBERRY AT OAK TREE, AN ADDITION TO THE CITY OF EDMOND, OKLAHOMA COUNTY, OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF.

> The Real Property or its address is commonly known as 740 Turnberry Lane, Edmond, Oklahoma 73025.

(the "Real Property").

The Court further finds that Valliance is entitled to a foreclosure of its Mortgage sued upon in this cause.

The Court further finds that said Mortgage owned held and sued upon by Valliance herein expressly waives appraisement or not at the option of the owner and holder thereof, such option to be exercised at the time judgment is rendered herein, and that Valliance elects to have said Real Property sold with appraisement.

The Court further finds that Brandon Rader is in default under the B. Rader Personal Guaranty, as defined in Valliance's Petition, and that there is due, owing and unpaid to Valliance the principal sum of $499,283.35, together with interest thereon in the amount of $8,279.69 as of September 25, 2025 and accruing thereafter at the rate set forth in the Note, until paid; abstract expenses; late charges; advances for taxes; appraisal fees; preservation and maintenance costs of

the Real Property; all other expenses, fees, charges, advances, taxes, assessments; and all costs of this action, including a reasonable attorney's fee, less all credits.

The Court further finds that Jennifer Rader is in default under the J. Rader Personal Guaranty, as defined in Valliance's Petition, and that there is due, owing and unpaid to Valliance the principal sum of $499,283.35, together with interest thereon in the amount of $8,279.69 as of September 25, 2025 and accruing thereafter at the rate set forth in the Note, until paid; abstract expenses; late charges; advances for taxes; appraisal fees; preservation and maintenance costs of the Real Property; all other expenses, fees, charges, advances, taxes, assessments; and all costs of this action, including a reasonable attorney's fee, less all credits.

The Court further finds that the allegations contained in the Answer and Crossclaim of the Defendant, Oak Tree Home Owners Association, Inc., are true and that said Defendant is entitled to a lien against the real estate and premises herein sued upon by virtue of Homeowners Association Liens recorded on July 8, 2024 in Book 15801, Page 1790, and on July 17, 2025, at Book 16167 Page 1463, and that the liens are continuing liens based on the Account balance which stands at $2,804.60 as of October 22, 2025; and that the amounts due thereon are secured by and constitute a lien against the real estate and premises herein sued upon, subject to the first and prior mortgage and lien of the Plaintiff. That it recover judgment, *in personam* against Defendants Brandon Scott Rader and Jennifer Catherine Rader for the amount of the account, after-accruing assessments until the confirmation of sale, late fees, and pre-judgment at the contractual rate and post-judgment interest at the contractual rate until paid, reasonable attorney fees, and all costs of this action; and *in rem* against the Real Property in the current sum of $2,804.60 as of October 22, 2025, after-accruing assessments until the confirmation of the sale, late fees, and pre-judgment interest at the contractual rate and post-judgment interest at the contractual rate until paid,

reasonable attorney's fees, and all costs of this action, and that its liens be foreclosed. Said good and valid liens are junior and inferior to the Mortgage lien of the Plaintiff.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Valliance have judgment *in rem* and *in personam* against Rader Building in the principal sum of $499,283.35, together with interest thereon in the amount of $8,279.69 as of September 25, 2025 and accruing thereafter at the rate set forth in the Note, until paid; a reasonable attorney's fee in the amount of $9,633.00; costs of this action in the amount of $670.35; abstract expenses; late charges; advances for taxes; appraisal fees; preservation and maintenance costs of the Real Property; and all other expenses, fees, charges, advances, taxes, assessments, less all credits, all as provided for in the Note and Mortgage, for which amounts the Mortgage is a valid and enforceable lien upon the Real Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Valliance have judgment against the Raders in the principal sum of $499,283.35, together with interest thereon in the amount of $8,279.69 as of September 25, 2025 and accruing thereafter at the rate set forth in the Note, until paid; a reasonable attorney's fee in the amount of $9,633.00; costs of this action in the amount of $670.35; abstract expenses; late charges; advances for taxes; appraisal fees; preservation and maintenance costs of the Real Property; and all other expenses, fees, charges, advances, taxes, assessments, less all credits.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Forrest "Butch" Freeman, County Treasurer of Oklahoma County, Oklahoma and Board of County Commissioners of Oklahoma County, Oklahoma have a lien against the Real Property, by virtue of their sovereign interest in ad valorem real estate and personal property taxes and special assessments, the amounts due thereon, are secured by and constitute a lien against the Real Property, which have and shall maintain their priority as provided by law.

4

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED by the Court that the State of Oklahoma *ex. rel.* Oklahoma Tax Commission has a lien against the Real Property by virtue of tax warrant no. 1972127744 filed on September 10, 2024, in the amount of $45,177.74, plus costs, fees, and accruing interest. The amounts due thereon are secured by and constitute a lien against the Real Property, which have and shall maintain their priority as provided by law and subject to the lien of the Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED by the Court that the allegations contained in the Answer and Crossclaim of the Defendant, Oak Tree Home Owners Association, Inc., are true and that said Defendant is entitled to a lien against the real estate and premises herein sued upon by virtue of Homeowners Association Liens recorded on July 8, 2024 in Book 15801, Page 1790, and on July 17, 2025, at Book 16167 Page 1463, and that the liens are continuing liens based on the Account balance which stands at $2,804.60 as of October 22, 2025; and that the amounts due thereon are secured by and constitute a lien against the real estate and premises herein sued upon, subject to the first and prior mortgage and lien of the Plaintiff. That it recover judgment, *in personam* against Defendants Brandon Scott Rader and Jennifer Catherine Rader for the amount of the account, after-accruing assessments until the confirmation of sale, late fees and pre-judgment at the contractual rate and post-judgment interest at the contractual rate until paid, reasonable attorney fees, and all costs of this action; and *in rem* against the Real Property in the current sum of $2,804.60 as of October 22, 2025, after-accruing assessments until the confirmation of the sale, late fees, and pre-judgment interest at the contractual rate and post-judgment interest at the contractual rate until paid, reasonable attorney's fees, and all costs of this action, and that its liens be foreclosed. Said good and valid liens are junior and inferior to the Mortgage lien of the Plaintiff.

5

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the mortgages and liens of Valliance in the amounts hereinabove found and adjudged be foreclosed, and a special execution and order of sale issue out of the office of the District Court Clerk in this cause, directed to the Sheriff to levy upon, advertise and sell, after due and legal appraisement, the Real Property, subject to unpaid taxes, advancements by Valliance for taxes, insurance premiums, or expenses necessary for the preservation of the Real Property, if any, and pay the proceeds of said sale to the Clerk of this Court, as provided by law, to await further order of this Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that upon confirmation of said sale, the defendants herein, and each of them, and all persons claiming by, through or under them since the commencement of this action be forever barred, foreclosed, and enjoined from asserting or claiming any right, title, interest, estate, or equity of redemption in or to the Real Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there is no just reason for delaying the entry of final judgment as specified herein and therefore, the Court directs that this Journal Entry of Judgment be filed as a final judgment pursuant to 12 O.S. § 994(A), with all other claims, rights, and remedies of the parties in this action being reserved and preserved for further adjudication, including a final determination as to the priority, validity, and amount of the parties' interest in the Real Property or the sale proceeds thereof, except as otherwise provided herein. The Court declines to stay enforcement of this Judgment pursuant to 12 O.S. § 994(B).

The Honorable Judge Don Andrews

6

Approved:

Me?vin ?. ?cVay, Jr., OBA No. 6096
Jason A. Sansone. OBA No. 30913
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
jasansone@phillipsmurrah.com
*Attorneys for Valliance Bank*

Lorena Massey, OBA No. 33653
Assistant General Counsel
Oklahoma Tax Commission
P.O. Box 269056
Oklahoma City, OK 73126
legal-foreclosure@tax.ok.gov
*Attorneys for State of Oklahoma,*
*ex rel. Oklahoma Tax Commission*

Matthew L. Winton, OBA No. 18879
Matt Adam Thomas, OBA No. 32277
Winton Law PLLC
3233 East Memorial Road, Suite 103
Edmond, OK 73013
Telephone: (405) 478-4818
mlw@wintonlaw.net
mthomas@wintonlaw.net
*Attorneys for Oak Tree Home Owners*
*Association, Inc.*

Joel W. Harmon, OBA No. 11332
CROWE & DUNLEVY
A Professional Corporation
324 N. Robinson, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 239-6637
joel.harmon@crowedunlevy.com
*Attorneys for BancFirst*

Rodney J. Heggy, OBA No. 4049
Carri A. Remillard, OBA No. 21539
Katelynn J. Crain, OBA No. 36608
Assistant District Attorney
211 N. Robinson, #N700
Oklahoma City, OK 73102
*Attorneys for Forest "Butch" Freeman*
*Treasurer for Oklahoma County, Oklahoma*
*and Board of County Commissioners of*
*Oklahoma County, Oklahoma*

Signed w/ written
permission of
Andrew E. Henry

Andrew E. Henry, OBA No. 32009
CROWE & DUNLEVY
A Professional Corporation
324 N. Robinson, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 235-7738
andrew.henry@crowedunlevy.com
*Attorneys for Shelli Borin Living Trust*

Signature Page(s) to Journal Entry of Judgment

Approved:

Melvin R. McVay, Jr., OBA No. 6096
Jason A. Sansone, OBA No. 30913
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
jasansone@phillipsmurrah.com
*Attorneys for Valliance Bank*

Joel W. Harmon, OBA No. 11332
CROWE & DUNLEVY
A Professional Corporation
324 N. Robinson, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 239-6637
joel.harmon@crowedunlevy.com
*Attorneys for BancFirst*

Lorena Massey, OBA No. 33653
Assistant General Counsel
Oklahoma Tax Commission
P.O. Box 269056
Oklahoma City, OK 73126
legal-foreclosure@tax.ok.gov
*Attorneys for State of Oklahoma,*
*ex rel. Oklahoma Tax Commission*

Rodney J. Heggy, OBA No. 4049
Carri A. Remillard, OBA No. 21539
Katelynn J. Crain, OBA No. 36608
Assistant District Attorney
211 N. Robinson, #N700
Oklahoma City, OK 73102
*Attorneys for Forest "Butch" Freeman*
*Treasurer for Oklahoma County, Oklahoma*
*and Board of County Commissioners of*
*Oklahoma County, Oklahoma*

Matthew L. Winton, OBA No. 18879
Matt Adam Thomas, OBA No. 32277
Winton Law PLLC
3233 East Memorial Road, Suite 103
Edmond, OK 73013
Telephone: (405) 478-4818
mlw@wintonlaw.net
mthomas@wintonlaw.net
*Attorneys for Oak Tree Home Owners*
*Association, Inc.*

Andrew E. Henry, OBA No. 32009
CROWE & DUNLEVY
A Professional Corporation
324 N. Robinson, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 235-7738
andrew.henry@crowedunlevy.com
*Attorneys for Shelli Borin Living Trust*

Signature Page(s) to Journal Entry of Judgment