FILED IN DISTRICT COURT
OKLAHOMA COUNTY

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA**

FEB - 9 2026

RICK WARREN
COURT CLERK

128

*106451400 7*

| | | |
|---|---|---|
| VALLIANCE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CJ-2025-7214 |
| | ) | |
| RADER BUILDING COMPANY, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |

## APPRAISAL

We, the undersigned, state that we are householders and residents of the County of Oklahoma, State of Oklahoma, and are disinterested parties in the above entitled cause of action and that we did, upon Order of the Sheriff of Oklahoma County, State of Oklahoma, after oath had been duly administered to us, impartially caused the following described real property situated in Oklahoma County, State of Oklahoma to be appraised, to wit:

LOT SIX (6), OF BLOCK ONE (1), IN TURNBERRY AT OAK TREE, AN ADDITION TO THE CITY OF EDMOND, OKLAHOMA COUNTY, OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF.

The Real Property or its address is commonly known as 740 Turnberry Lane, Edmond, Oklahoma 73025.

(the "Real Property")

and did in fact, duly appraise said Real Property at the sum of $ 1,200,000 .

At the time we caused said Real Property and premises to be appraised, we ourselves did actually view the same and did impartially cause the same to be appraised for the value set forth above.

WITNESS our hand this __4__ day of __february_____, 2026.

MARSHALL MITCHELL
JEVON TRESNER
FRED FERRELL

## OATH OF APPRAISERS

STATE OF OKLAHOMA              )
                                                        )
COUNTY OF OKLAHOMA          )

     We, the undersigned, being duly sworn, upon our Oaths, do say that we are disinterested householders and residents of Oklahoma County, State of Oklahoma, and that we will impartially appraise, upon actual view, the property described above as being involved in this cause of action according to the best of our knowledge and ability.

MARSHALL MITCHELL
JEVON TRESNER
FRED FERRELL

Subscribed and sworn to before me this _____4_____ day of February, 2026.

_____
Notary Public

My commission expires:

(SEAL)

## CERTIFICATE OF SHERIFF

STATE OF OKLAHOMA      )

                                  )

COUNTY OF OKLAHOMA      )

I do hereby certify that the above named, MARSHALL MITCHELL, JEVON TRESNER, FRED FERRELL are disinterested householders and residents of Oklahoma County, State of Oklahoma, and were by me duly summoned and sworn on the 4 day of February, 2026 to impartially appraise the above described property upon actual view thereof.  Sale to be conducted virtually at www.bid4assets.com/OKCSheriff.

Sheriff of Oklahoma County,
State of Oklahoma

By: _____
Deputy

Melvin R. McVay, Jr., OBA No. 6096
Jason A. Sansone, OBA No. 30913
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK  73103
Telephone:  (405) 235-4100
Facsimile:  (405) 235-4133
jasansone@phillipsmurrah.com
*Attorneys for Valliance Bank*