

*1064688499*

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

VALLIANCE BANK,                    )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )        Case No. CJ-2025-7214
                                   )
RADER BUILDING COMPANY, INC., et al.,  )
                                   )
        Defendants   *Amended*     )

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR 2 5 2026

RICK WARREN
COURT CLERK

100 _____

### SHERIFF'S RETURN OF SALE

Sheriff's Office, Oklahoma County, State of Oklahoma:

I received the foregoing Special Execution and Order of Sale in Foreclosure and according

to the commands of said writ, I had said property appraised according to law by three disinterested

appraisers, who appraised the said property at the value of $ _1,200,000_, and I advertised

the property therein for sale by giving due legal notice of the time and place of said sale and a

description of the property to be sold by a newspaper published and of general circulation in

Oklahoma County, State of Oklahoma, wherein said property is located, for at least thirty (30)

days prior to the date of sale, stating that I would on the _17_ day of _March_,

2026, from _10:00_ o'clock _A_.m. to _12:00_ o'clock _P_.m., conducted virtually

at www.bid4assets.com/OKCSheriff, offer for sale and sell to the highest and best bidder for cash

at the time of sale, the property herein described, or so much thereof as would satisfy the judgment

and costs herein.

At the time and place above stated, I offered for sale the property described as follows:

LOT SIX (6), OF BLOCK ONE (1), IN TURNBERRY AT OAK TREE, AN
ADDITION TO THE CITY OF EDMOND, OKLAHOMA COUNTY,
OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF.

The Real Property or its address is commonly known as 740 Turnberry Lane, Edmond, Oklahoma 73025.

(the "Real Property")

at public auction to the highest and best bidder for cash at time of sale and sold the same to ___Andrew French___ *2nd Bidder* ___, for the sum of $ _1,013,000.00_ , being the highest and best bidder therefore, such purchase price being more than two-thirds of the appraised value, the appraised value thereof being the sum of $_____; the bid being paid by

_____.

I certify the above to be the times and manner of executing the within execution and order of sale. This sale is lawfully returned pursuant to title examination standards, Ch. 1, App., Chapter 23 judgment liens, execution and attachment §23.7 return of writs of special execution.

Dated this _24_ day of _March_ , 2026.

Sheriff of Oklahoma County
State of Oklahoma

By: _____
    Deputy

Melvin R. McVay, Jr., OBA No. 6096
Jason A. Sansone, OBA No. 30913
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
jasansone@phillipsmurrah.com
*Attorneys for Valliance Bank*