**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

**FILED**
DISTRICT COURT
OKLAHOMA COUNTY, OKLAHOMA
March 25, 2026 3:05 PM
RICK WARREN, COURT CLERK
Case Number CJ-2025-7214

| | |
|---|---|
| VALLIANCE BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CJ-2025-7214 |
| | ) |
| RADER BUILDING COMPANY, INC., et al., | ) |
| | ) |
| Defendants | ) |

**NOTICE OF HEARING MOTION TO CONFIRM SHERIFF'S SALE**

To:     Above-named Defendants: Rader Building Company, Inc.; Brandon Scott Rader a/k/a Brandon Rader, individually; Jennifer Rader, individually; BancFirst; Oak Tree Homeowners Association, Inc.; Pitzer Lawn Management Inc.; Shelli Borin Living Trust; Samson MCA LLC; State of Oklahoma ex rel. Oklahoma Tax Commission; Forrest "Butch" Freeman, County Treasurer of Oklahoma County, Oklahoma; and Board of County Commissioners of Oklahoma County, Oklahoma

TAKE NOTICE that the Plaintiff has filed herein their Motion to Confirm Sheriff's Sale in the above-entitled cause of the following real property:

LOT SIX (6), OF BLOCK ONE (1), IN TURNBERRY AT OAK TREE, AN ADDITION TO THE CITY OF EDMOND, OKLAHOMA COUNTY, OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF.

The Real Property or its address is commonly known as 740 Turnberry Lane, Edmond, Oklahoma 73025. (the "Real Property")

Hearing of said Motion to Confirm Sheriff's Sale will be heard before the Honorable Judge Amy Palumbo in the Oklahoma County Courthouse, on the 15th day of May 2026, at 11:00 a.m.

You must appear at said time and present any objections to the said sale proceedings or the Motion to Confirm Sale will be sustained and the sale confirmed.

Respectfully submitted,

_____
Melvin R. McVay, Jr., OBA No. 6096
Jason A. Sansone, OBA No. 30913
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK   73103
Telephone:   (405) 235-4100
Facsimile:   (405) 235-4133
jasansone@phillipsmurrah.com
*Attorneys for Valliance Bank*

INSTRUCTIONS TO PUBLISHER:
**Please publish this Notice once at least ten (10) days prior to the hearing date shown above.**

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of March, 2026, a true and correct copy of the foregoing was mailed USPS first class, postage prepaid to the following in the manner indicated:

Matthew L. Winton
Matt Adam Thomas
Winton Law PLLC
3233 East Memorial Road, Suite 103
Edmond, OK 73013
*Attorneys for Oak Tree Home Owners Association, Inc.*

Joel W. Harmon
CROWE & DUNLEVY
A Professional Corporation
324 N. Robinson, Suite 100
Oklahoma City, OK 73102
*Attorneys for BancFirst*

Andrew E. Henry
CROWE & DUNLEVY
A Professional Corporation
324 N. Robinson, Suite 100
Oklahoma City, OK 73102
*Attorneys for Shelli Borin Living Trust*

Brandon Rader
740 Turnberry Ln.
Edmond, OK 73025
*Defendant*

Jennifer Rader
740 Turnberry Ln.
Edmond, OK 73025
*Defendant*

Lorena Massey
Assistant General Counsel
Oklahoma Tax Commission
P.O. Box 269056
Oklahoma City, OK 73126
*Attorneys for State of Oklahoma, ex rel. Oklahoma Tax Commission*

Samson MCA LLC
1545 Route 202
Ste. 201
Pomona, NY 10970-2951
*Defendant*

Katelynn J. Crain
Assistant District Attorney
211 N. Robinson, #N700
Oklahoma City, OK 73102
*Attorneys for Forest "Butch" Freeman Treasurer for Oklahoma County, Oklahoma and Board of County Commissioners of Oklahoma County, Oklahoma*

Rader Building Company
740 Turnberry Ln.
Edmond, OK 73025
*Defendant*

_____
Jason A. Sansone, OBA No. 30913

3