**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

BRANDON SCOTT RADER,

      Debtor.

Case No. 26-12138-JDL
Chapter 11

## VALLIANCE BANK'S NOTICE OF REQUEST FOR TAX RETURN

Valliance Bank, a creditor in the above-captioned bankruptcy case, by and through its undersigned counsel, pursuant to Section 521(e)(2)(A)(ii) of Title 11 of the United States Code, hereby gives notice to Brandon Scott Rader (the "Debtor") of its request for a copy of the Federal income tax return required under applicable law (or at the election of the Debtor, a transcript of such return) for the most recent tax year ending immediately before the commencement of this bankruptcy case and for which a Federal income tax return was filed, said return or transcript to be provided to Valliance Bank not later than seven (7) days before the date first set for the first meeting of creditors.

Respectfully submitted,

**PHILLIPS MURRAH P.C.**

*/s/ Jason A. Sansone*
Melvin R. McVay, Jr., OBA No. 6096
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 - facsimile
mrmcvay@phillipsmurrah.com
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
***Attorneys for Valliance Bank***

**CERTIFICATE OF SERVICE**

This is to certify that on the 30th day of June, 2026, true and correct copies of the above and foregoing were mailed by first class mail, postage prepaid, to all parties on the attached mailing matrix.

/s/ Jason A. Sansone
Jason A. Sansone, OBA No. 30913

2

Label Matrix for local noticing
1087-5
Case 26-12138
Western District of Oklahoma
Oklahoma City
Tue Jun 30 15:55:57 CDT 2026

BancFirst
OKC-Main & Broadway
101 North Broadway
PO Box 26788
Oklahoma City, OK 73126-0788

Pace Equity, LLC
731 N Jackson St
Suite 420
Milwaukee , WI 53202-4612

Samson MCA LLC
1545 Route 202
Ste 201
Pomona NY 10970-2951

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Valliance Bank
c/o Phillips Murrah P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103-3941

Brandon Scott Rader
740 Turnberry Ln
Edmond, OK 73025-2821

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Valliance Bank

End of Label Matrix
Mailable recipients    6
Bypassed recipients    1
Total                  7