**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

BRANDON SCOTT RADER,

    Debtor.

Case No. 26-12138-JDL
Chapter 11

**VALLIANCE BANK'S JOINDER**
**TO THE UNITED STATES TRUSTEE'S MOTION TO DISMISS**
**[Doc. No. 24]**

    Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, made applicable by Rules 7010 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Valliance Bank, a creditor in the above-captioned bankruptcy case, hereby joins in, adopts, and incorporates by reference the *Motion of the United States Trustee to Dismiss Case* [Doc. No. 24] filed herein on July 1, 2026, by the United States Trustee.[1]

Respectfully submitted,

**PHILLIPS MURRAH P.C.**

*/s/ Jason A. Sansone*
Melvin R. McVay, Jr., OBA No. 6096
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 - facsimile
mrmcvay@phillipsmurrah.com
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
***Attorneys for Valliance Bank***

---

[1] Valliance Bank reserves its right to amend or supplement any pleading filed in this bankruptcy case consistent with the Bankruptcy Rules and the Local Rules of the United States Bankruptcy Court for the Western District of Oklahoma.

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 1st day of July, 2026, true and correct copies of the above and foregoing were mailed by first class mail, postage prepaid, to all parties on the attached mailing matrix.

*/s/ Jason A. Sansone*
Jason A. Sansone, OBA No. 30913

Label Matrix for local noticing
1087-5
Case 26-12138
Western District of Oklahoma
Oklahoma City
Tue Jun 30 15:55:57 CDT 2026

BancFirst
OKC-Main & Broadway
101 North Broadway
PO Box 26788
Oklahoma City, OK 73126-0788

Pace Equity, LLC
731 N Jackson St
Suite 420
Milwaukee , WI 53202-4612

Samson MCA LLC
1545 Route 202
Ste 201
Pomona NY 10970-2951

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Valliance Bank
c/o Phillips Murrah P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103-3941

Brandon Scott Rader
740 Turnberry Ln
Edmond, OK 73025-2821

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Valliance Bank

End of Label Matrix
Mailable recipients     6
Bypassed recipients     1
Total                   7