Label Matrix for local noticing
1087-5
Case 26-12138
Western District of Oklahoma
Oklahoma City
Wed Jul 15 16:44:23 CDT 2026

BMW Financial Services NA, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BancFirst
OKC-Main & Broadway
101 North Broadway
PO Box 26788
Oklahoma City, OK 73126-0788

Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970-2951

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Pace Equity, LLC
731 N Jackson St
Suite 420
Milwaukee , WI 53202-4612

Samson MCA LLC
1545 Route 202
Ste 201
Pomona NY 10970-2951

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Valliance Bank
c/o Phillips Murrah P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103-3941

Andrew French
c/o Larry G. Ball
100 N. Broadway Avenue, Ste. 2900
Oklahoma City, OK 73102-8865

Brandon Scott Rader
740 Turnberry Ln
Edmond, OK 73025-2821

Robert C Newark III
1019 Waterwood Pkwy Ste C
Edmond, OK 73034-5329

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Valliance Bank

End of Label Matrix
Mailable recipients    11
Bypassed recipients     1
Total                  12