**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

BRANDON SCOTT RADER,

     Debtor.

Case No. 26-12138-JDL
Chapter 11

**NOTICE OF WITNESS AND EXHIBIT LIST OF**
**CREDITOR VALLIANCE BANK FOR HEARINGS ON JULY 23, 2026**
**AND ESTIMATED LENGTH OF TIME FOR HEARING**

Creditor Valliance Bank ("Valliance"), by and through its undersigned counsel, submits the following list of exhibits it may offer and witnesses it may call at the upcoming hearings on *Motion to Dismiss Bankruptcy Case* [Doc. No. 17], filed by Valliance on June 26, 2026, *Motion of the United State [sic] Trustee to Dismiss Case* [Doc. No. 24], filed by the Office of the United States Trustee on July 1, 2026, *Joinder to Motion of the United States Trustee to Dismiss Case* [Doc. No. 26], filed by Valliance on July 1, 2026, and *Amended Emergency Motion for Reconsideration of (I) Order on Motion by Valliance Bank for Adequate Protection, or Alternatively, Relief from Automatic Stay and Abandonment of Property [Doc. 30], And (II) Order Granting Motion of Valliance Bank for Rule 2004 Examination of Debtor and for Production of Documents [Doc. 31]* [Doc. No. 44], filed by the Debtor, Brandon Scott Rader, on July 15, 2026, which are currently set for hearing on Thursday, July 23, 2026, at 10:00AM prevailing Central Time, before the Honorable Judge Janice Loyd, U.S. Bankruptcy Court Western District of Oklahoma, Second Floor Courtroom, 215 Dean A McGee Ave., Oklahoma City, OK 73102:

**Exhibits**

Valliance may offer the following exhibits:

1.     All filings, proof of claims, and schedules, together with all exhibits thereto, in this bankruptcy case;

2.       All filings, proof of claims, and schedules, together with all exhibits thereto, in *In re Jennifer Catherine Rader*, case no. 26-11631-JDL;

3.       All filings, proof of claims, and schedules, together with all exhibits thereto, in *In re Campbell 215, LLC*, case no. 26-12261-JDL;

4.       All filings, together with all exhibits thereto, in *Stewart Title of Oklahoma Inc. v. Rader et al.*, District Court of Oklahoma County, case no. CJ-2026-5608;

5.       All filings, together with all exhibits thereto, in *Integrated Electrical, LLC v. Rader Construction, LLC et al.*, District Court of Oklahoma County, case no. CJ-2026-1860;

6.       All filings, together with all exhibits thereto, in *Capital One v. Rader*, District Court of Oklahoma County, case no. CJ-2026-1295;

7.       All filings, together with all exhibits thereto, in *Edmond Spiritual Assembly Of The Baha Is Of Edmond v. Rader et al.*, District Court of Oklahoma County, case no. CJ-2026-707;

8.       All filings, together with all exhibits thereto, in *Capital One v. Rader et al.*, District Court of Oklahoma County, case no. CJ-2026-300;

9.       All filings, together with all exhibits thereto, in *BancFirst v. Campbell 215, LLC et al.*, District Court of Oklahoma County, case no. CJ-2025-9404;

10.       All filings, together with all exhibits thereto, in *Pace Equity LLC v. Rader et al.*, District Court of Oklahoma County, case no. CV-2025-2983;

11.       All filings, together with all exhibits thereto, in *Mene Cabinets LLC v. Rader Construction LLC et al.*, District Court of Oklahoma County, case no. CJ-2025-8670;

12.       All filings, together with all exhibits thereto, in *Valliance Bank v. Rader et al.*, District Court of Oklahoma County, case no. CJ-2025-7214;

13.     All filings, together with all exhibits thereto, in *JP Morgan Chase Bank, N.A. v. Jennifer Catherine Rader and Rader Building Company, Inc.*, District Court of Oklahoma County, case no. CJ-2025-6249;

14.     All filings, together with all exhibits thereto, in *Samson MCA LLC v. Rader et al.*, District Court of Oklahoma County, case no. CV-2025-2055;

15.     All filings, together with all exhibits thereto, in *HSE Architects, LLC v. Rader et al.*, District Court of Oklahoma County, case no. CJ-2025-5542;

16.     All filings, together with all exhibits thereto, in *Steve Frazier v. Rader et al.*, District Court of Oklahoma County, case no. CJ-2025-5459;

17.     All filings, together with all exhibits thereto, in *Hernandez Sprinkler & Landscaping, LLC v. Rader et al.*, District Court of Oklahoma County, case no. CJ-2025-5305;

18.     All filings, together with all exhibits thereto, in *Sandpiper Plumbing & Construction LLP v. Rader et al.*, District Court of Oklahoma County, case no. CJ-2025-3863;

19.     All filings, together with all exhibits thereto, in *Pinpar Lending LLC v. Rader et al.*, District Court of Oklahoma County, case no. CJ-2025-3439;

20.     All filings, together with all exhibits thereto, in *Ccehg-2024-Campbell, LLC v. Rader et al.*, District Court of Oklahoma County, case no. CJ-2025-2342;

21.     All filings, together with all exhibits thereto, in *Afterthoughts, LLC v. Campbell 215 LLC et al.*, District Court of Oklahoma County, case no. CJ-2025-898;

22.     All filings, together with all exhibits thereto, in *Afterthoughts, LLC v. Campbell 215 LLC et al.*, District Court of Oklahoma County, case no. CJ-2025-898;

23.     All filings, together with all exhibits thereto, in *Graco Roofing and Construction LLC v. Campbell 215 LLC et al.*, District Court of Oklahoma County, case no. CJ-2025-469;

3

24.     All filings, together with all exhibits thereto, in *Shelli Borin Living Trust v. Rader Building Company*, District Court of Oklahoma County, case no. CJ-2024-8166;

25.     All filings, together with all exhibits thereto, in *Francisco Ortiz v. Rader et al.*, District Court of Oklahoma County, case no. CS-2024-10177;

26.     All exhibits introduced in any deposition, Bankruptcy Rule 2004 examination, or hearing by any party;

27.     All documents produced pursuant to discovery requests, Bankruptcy Rule 2004 examination, or subpoena deuces tecum;

28.     Any and all documents produced pursuant to discovery requests, Bankruptcy Rule 2004 examination, or subpoena deuces tecum after the date of this Notice;

29.     Any and all exhibits listed by other parties in interest to which Valliance has no objection, or to which any objection by Valliance has been withdrawn or waived;

30.     Any exhibit identified by Valliance to which no other party objects, or to which any such objection has been withdrawn or waived; and

31.     Any exhibits necessary for rebuttal.

## Witnesses

Valliance may call the following witnesses:

1.     Brandon Scott Rader;

2.     Jennifer Scott Rader;

3.     Corporate representative of Campbell 215, LLC;

4.     Corporate representative of Maximillion Holdings LLC;

5.     Corporate representative of Monster Monster, LLC;

6.     Corporate representative of Rader Development, LLC;

7. Corporate representative of Rader Construction LLC;

8. Corporate representative of Rader Realty, Inc;

9. Corporate representative of Rader Building Company;

10. Corporate representative of Valliance;

11. Any witness needed to identify or authenticate any record or document;

12. Any witness identified by any other party and not objected to by Valliance, or to which any objection by Valliance has been withdrawn or waived;

13. All witnesses called by Valliance to which any other party does not object, or to which any such objection has been withdrawn or waived; and

14. Any witness necessary for rebuttal.

### Estimate of Time

Estimated time to present evidence and argument:  Three (3) hours.

Valliance reserves the right to supplement and amend this witness and exhibit list as necessary.

Respectfully submitted,

**PHILLIPS MURRAH P.C.**

*/s/ Jason A. Sansone*
Melvin R. McVay, Jr., OBA No. 6096
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 - facsimile
mrmcvay@phillipsmurrah.com
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
***Attorneys for Valliance Bank***

**CERTIFICATE OF SERVICE**

This is to certify that on the 17th day of July, 2026, true and correct copies of above and foregoing were mailed by first class mail, postage prepaid, to the following:

BMW Financial Services NA, LLC c/o AIS Port
4515 North Santa Fe Ave., Dept APS
Oklahoma City, OK  73118-7901

BancFirst
PO Box 26788
Oklahoma City, OK  73126-0788

Berkovitch & Bouskila, PLLC
1545 US 202, Suite 101
Pomona, NY  10970-2951

Capital One, NA
4515 North Santa Fe Ave.
Oklahoma City, OK  73118-7901

Pace Equity, LLC
731 North Jackson Street, Suite 420
Milwaukee, WI  53202-4612

Samson MCA LLC
1545 Route 202, Suite 201
Pomona, NY  10970-2951

Brandon Scott Rader
740 Turnberry Lane
Edmond, OK  73025-2821

*/s/ Jason A. Sansone*
Jason A. Sansone, OBA No. 30913