**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:                                                          )
                                                               )
BRANDON SCOTT RADER,                                           ) Case No. 26-12138-JDL
                                                               ) Chapter 11
Debtor.                                                        )

### DEBTOR'S WITNESS AND EXHIBIT LIST AND ESTIMATED LENGTH OF TIME FOR HEARING

RE: Related document(s) **[17]** Valliance Bank's Motion to Dismiss Bankruptcy Case; **[24]** Motion of the United States Trustee to Dismiss Case; **[26]** Valliance Bank's Joinder to the United States Trustee's Motion to Dismiss; and **[44]** Debtor's Amended Emergency Motion for Reconsideration of (I) Order on Motion by Valliance Bank for Adequate Protection, or Alternatively, Relief from Automatic Stay and Abandonment of Property [Doc. 30], and (II) Order Granting Motion of Valliance Bank for Rule 2004 Examination of Debtor and for Production of Documents [Doc. 31]. Hearing scheduled July 23, 2026, at 10:00 a.m., 2nd Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK.

**Debtor's Estimated Length of Time for Hearing:** Estimated 1 hour for its case

### WITNESSES

| No. | Witness Name / Address | Brief Description of Anticipated Testimony |
|---|---|---|
| 1 | Brandon Scott Rader 740 Turnberry Ln Edmond, OK 73025 | Debtor; anticipated to testify regarding assets, income, business operations, insurance, timing and circumstances of filing, and good faith |

Debtor reserves the right to call any witness identified by Valliance Bank or the United States Trustee, and any witness necessary for rebuttal or impeachment.

### EXHIBITS

(Debtor's exhibits marked alphabetically per Local Rule 9017-1)

| Ex. | Description | Source / Notes |
|---|---|---|
| A | Appraisal of Real Property (740 Turnberry Ln, Edmond, OK), dated February 9, 2026, reflecting value of $1,200,000.00 | Valliance Doc. 15, Ex. 10 |
| B | Sheriff's Sale Return/Report reflecting sale of Real Property for $1,013,000.00 on March 17, 2026 | Valliance Doc. 15, Ex. 11 |
| C | Proof of Claim No. 1 (Valliance Bank), reflecting claim of no less than $576,071.11 | Claims Register |

| | | |
|---|---|---|
| D | Journal Entry of Default Judgment, Valliance Bank v. Rader Building Company, Inc., et al., Oklahoma County Case No. CJ-2025-7214, entered January 15, 2026 (principal sum of $499,283.35 plus interest, fees, and costs) | Valliance Doc. 15, Ex. 9 |
| E | Valliance Bank's Motion for Adequate Protection, or Alternatively, Relief from the Automatic Stay and Abandonment of Property, including n.2 (concession regarding oversecured status) | Doc. 15 |
| F | Home and Auto Insurance Binders for Debtor's personal residence and vehicles | Provided by client 7/15/26 |
| G | DIP Account Letters (Ocean Bank and Banc of California) | Provided by client 7/17/26 |
| H | Certificate of Credit Counseling No. 15725-OKW-CC-041139087, dated June 26, 2026 (Petition Date) | Filed 7/15/26 (Doc. 39) |
| I | BancFirst's independent USPAP appraisal of the Real Property, reflecting value of $1,550,000.00 | In hand (740TURNBERRY BancFirst Appraisal.pdf) |
| J | Promissory Note and modification documents reflecting contract rate of 5.15% (WSJ Prime + 0.50%), later modified to 7.50% (July 28, 2025) | Referenced in Doc. 33/44 ¶ 22 |
| K | Valliance's past-due payment reminder(s) reflecting monthly payment of $3,503.51 | Referenced in Doc. 33/44 ¶ 22 |
| L | Alan Schaefer (Valliance representative) correspondence dated February 25, 2026 (workout, $10,510.53/3 months) and August 25, 2025 (payoff, $104.02/day) | In hand (Alan 8.25.25 Turnberry Lane.pdf) |
| M | Valliance counsel's November 5, 2025 forbearance draft reflecting an 8%/360-day interest calculation of $3,328.56-$3,439.51/month | In hand (Forbearance Agreement - clean.pdf) |
| N | Debtor's Emergency Motion for Reconsideration [Doc. 33] and Amended Emergency Motion for Reconsideration [Doc. 44], together with exhibits thereto | Docs. 33, 44 |

Debtor reserves the right to introduce any exhibit identified by Valliance Bank or the United States Trustee, and any exhibit necessary for rebuttal or impeachment.

Respectfully submitted,

s/ Robert C. Newark III
Robert C. Newark III, OBA No. 21992
Newark Law Offices
1019 Waterwood Pkwy, Ste C
Edmond, OK 73034
Telephone: 866-230-7236
Fax: 888-316-3398
Email: robert@newarkfirm.com

Counsel for Debtor, Brandon Scott Rader