**Dated: July 27, 2026**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

BRANDON SCOTT RADER,

        Debtor.

Case No. 26-12138-JDL
Chapter 11

**ORDER REGARDING DISMISSAL OF BANKRUPTCY CASE**

On July 23, 2024, the Court held an evidentiary hearing (the "**Hearing**") on the following:

- *Motion to Dismiss Bankruptcy Case* [Doc. 17] (the "**Motion**") filed by Valliance Bank ("**Valliance**");

- *Motion of the United State [sic] Trustee* ("**UST**") *to Dismiss Case* [Doc. No. 24] (the "**UST Motion**");

- *Valliance Bank's Joinder to the United States Trustee's Motion to Dsismiss* [Doc. 26] (the "**Valliance Joinder**");

- *Debtor's Response to Motion to Dismiss Bankruptcy Case [Doc*. 17], the United States Trustee's Motion to Dismiss Case [ Doc. 24], and Valliance Bank's Joinder thereto [Doc. 26] (the "**Combined Objection**");

- Valliance Bank's Reply in Support of Motions to Dismiss Bankruptcy Case [Doc. 53] (the "**Valliance Reply**"); and

- the Joinder in Motions to Dismiss [Doc. 54] filed by BancFirst (the "**BancFirst Joinder**").

At the Hearing Valliance appeared through its counsel, Jason A. Sansone.  Brandon Scott Rader (the "**Debtor**") appeared and was represented by counsel, Robert C. Newark III.  The Office of the United States Trustee appeared through its counsel, Jeffrey E. Tate.  BancFirst appeared through its counsel, Joel W. Harmon.  Debtor was sworn in and testified under oath. No other witnesses were called or examined, and no exhibits were admitted into evidence, though the Court took judicial notice of various bankruptcy and state court pleadings.

At the conclusion of the Hearing, after considering the pleadings and the authorities cited therein; the testimony of the Debtor; and the arguments of counsel, for the reasons stated on the record as the Court's Findings of Fact and Conclusions of Law, all of which are incorporated herein, the Court found that due cause was established with evidence to grant the Motion and the UST Motion, and for the dismissal of this case.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

(a.)    The Motion and the UST Motion are granted as set forth below;

(b.)    This case should be, and hereby is, dismissed for cause pursuant to 11 U.S.C. § 1112(b);

(c.)    This Order fully resolves the Motion, the UST Motion, the Valliance Joinder, the Combined Objection, the Valliance Reply, and the BancFirst Joinder;

(d.)    Pursuant to Bankruptcy Code sections 105, 109, and 349(a), the Debtor is hereby barred from filing any bankruptcy case in any district for 180 days starting from the day after the entry of this Order.

(e.)    The Debtor shall pay all outstanding quarterly fees within 10 days from the entry of this order, including estimated fees owed for the 2nd quarter 2006 and current quarter (3rd quarter) in combined amount of $500.00.  The Debtor also agrees that, to the extent more fees are paid than estimated, the UST will accept the Debtor's payment of the fees as the best evidence of the actual amount owed.

(f.)    Valliance Bank will effectuate service of this order on all parties in interest, and file a subsequent certificate of service of same, pursuant to Local Rule 9013-1.L.3

\#  \#  \#

APPROVED AS TO FORM:

**PHILLIPS MURRAH P.C.**

/s/ Jason A. Sansone
Melvin R. McVay, Jr., OBA No. 6096
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 - facsimile
mrmcvay@phillipsmurrah.com
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
*Attorneys for Valliance Bank*

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

/s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE
UNITED STATES TRUSTEE
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK  73102
(202) 603-5228  |  (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov

/s/ Robert C. Newark III
Robert C. Newark III, OBA No. 21992
Newark Law Offices
1019 Waterwood Pkwy, Ste C
Edmond, OK 73034
Telephone: 866-230-7236
Fax: 888-316-3398
Email: robert@newarkfirm.com

Counsel for Debtor, Brandon Scott Rader

/s/ Joel W. Harmon
Joel W. Harmon, OBA #11332

 -Of the Firm-

CROWE & DUNLEVY,
 A Professional Corporation
Braniff Building
324 N. Robinson, Ste. 100
Oklahoma City, OK 73102
(405) 235-7700
joel.harmon@crowedunlevy.com

*Attorney for BancFirst*

3