# Notice Recipients

District/Off: 1087–5             User: admin                 Date Created: 7/27/2026
Case: 26–12138                  Form ID: pdf001             Total: 24

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee        Ustpregion20.oc.ecf@usdoj.gov
aty     Clayton D Ketter         cdketter@phillipsmurrah.com
aty     Jason A Sansone          jasansone@phillipsmurrah.com
aty     Jeffrey E Tate      jeff.tate@usdoj.gov
aty     Jennifer Sherrill        jsherrill@piercecouch.com
aty     Joel W. Harmon          joel.harmon@crowedunlevy.com
aty     Larry Glenn Ball        lball@hallestill.com
aty     Marjorie J. Creasey          marjorie.creasey@usdoj.gov
aty     Melvin R. McVay, Jr.          mrmcvay@phillipsmurrah.com
aty     Robert C Newark, III          robert@newarkfirm.com

                                                                TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Brandon Scott Rader         740 Turnberry Ln        Edmond, OK 73025
cr          BancFirst      OKC–Main & Broadway        101 North Broadway        PO Box 26788        Oklahoma City, OK 73126
cr          Andrew French       c/o Larry G. Ball       100 N. Broadway Avenue, Ste. 2900        Oklahoma City, OK 73102–8865
cr          BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LLC        4515 N Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118
cr          PACE Equity, LLC        Pierce Couch Hendrickson Baysinger Green        1109 N. Francis Ave.        P.O. Box 26350        Oklahoma City, OK 73126 UNITED STATES
smg         Jolene M. Wise       Securities and Exchange Commission        175 W. Jackson Blvd., Suite 900        Chicago, IL 60604
smg         Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101–7346
smg         Oklahoma Employment Security Commission        PO Box 53039        Oklahoma City, OK 73152–3039
7060526     BMW Financial Services NA, LLC c/o AIS Portfolio S        4515 N. Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118
7056917     Berkovitch & Bouskila, PLLC        1545 U.S. 202, Suite 101        Pomona, NY 10970
7057382     Capital One, N.A.        4515 N Santa Fe Ave        Oklahoma City, OK 73118
7054219     Pace Equity, LLC        731 N Jackson St        Suite 420        Milwaukee , WI 53202
7054220     Samson MCA LLC        1545 Route 202        Ste 201        Pomona NY 10970
7054370     Valliance Bank        c/o Phillips Murrah P.C.        424 N.W. 10th St., Suite 300        Oklahoma City, OK 73103

                                                                TOTAL: 14