EXHIBIT A

# Itemized Statement of Time Entries

*Brandon Rader — Personal Chapter 11, Case No. 26-12138-JDL*

| | | | |
|---|---|---|---|
| **DEBTOR** | Brandon Scott Rader | **CHAPTER** | 11 |
| **CASE NO.** | 26-12138-JDL | **MATTER** | Rader, Brandon — Personal BK CH 11 |
| **TIMEKEEPER** | Robert Newark | **HOURLY RATE** | $400.00 |

| 15 | 25.00 | $10,000.00 |
|---|---|---|
| TIME ENTRIES | TOTAL HOURS | TOTAL FEES |

The following is an itemized statement of the time entries recorded for legal services rendered in the personal Chapter 11 case of Brandon Scott Rader, Case No. 26-12138-JDL. All services were performed by Robert Newark and are billed at the rate of $400.00 per hour.

| DATE | ACTIVITY | DESCRIPTION OF SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/23/2026 | Travel Time and Filing | Round-trip travel: Edmond office to courthouse and back for 07/23/2026 hearing | 0.7 | $400.00 | $280.00 |
| 07/23/2026 | Hearing | Hearing in personal Chapter 11 case, In re Brandon Scott Rader, No. 26-12138-JDL (6 hours) | 6.0 | $400.00 | $2,400.00 |
| 07/22/2026 | File Review | Review Joinder filed by Bankfirst | 0.9 | $400.00 | $360.00 |
| 07/22/2026 | File Review | Prepare for Mtn to Dismiss hearing; Reviewing email from client with additional documents prepared. | 2.1 | $400.00 | $840.00 |
| 07/15/2026 | Legal Research | Draft response to motion to dismiss and related legal research | 2.2 | $400.00 | $880.00 |
| 07/15/2026 | Document Preparation | Prepare and file Emergency Motion for Reconsideration of Adequate Protection and Rule 2004 Orders; correspondence to Clerk, U.S. Trustee, and opposing counsel advising of filing | 3.5 | $400.00 | $1,400.00 |
| 07/15/2026 | Email | Prepare and file Entry of Appearance in personal Chapter 11 case | 0.3 | $400.00 | $120.00 |
| 07/15/2026 | Email | Review client-provided homeowner’s and auto insurance binders for Real Property | 0.2 | $400.00 | $80.00 |

EXHIBIT A — CONTINUED

# Itemized Statement of Time Entries

*Brandon Rader — Personal Chapter 11, Case No. 26-12138-JDL*

| DATE | ACTIVITY | DESCRIPTION OF SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/14/2026 | Email | Legal Research related to dual-representation disclosure requirements. Draft correspondence to client requesting information necessary to complete Applications to Employ (Rader and Campbell 215 matters) in light of dual-representation disclosure requirements | 1.5 | $400.00 | $600.00 |
| 07/14/2026 | Email | Correspondence with opposing counsel (J. Sansone) regarding scheduling a call on entry of appearance and 2004 exam timing | 0.1 | $400.00 | $40.00 |
| 07/14/2026 | Document Preparation | Review comprehensive client analysis and supporting documents regarding adequate protection rate calculation, equity cushion, and case law research for use in motion for reconsideration | 1.5 | $400.00 | $600.00 |
| 07/13/2026 | Client Meeting | Meeting with Client regarding the needs for the Personal BK | 0.5 | $400.00 | $200.00 |
| 07/13/2026 | Email | Correspondence with Valliance's counsel (J. Sansone) regarding agreed extension of 2004 production/examination deadlines under Doc. 31 ¶¶ 2, 4; confirm counsel now directing communications through undersigned | 0.5 | $400.00 | $200.00 |
| 07/13/2026 | Email | Receive and review Orders entered on Valliance's Motion for Adequate Protection and Rule 2004 Examination Motion; initial assessment of compliance deadlines and impact | 0.8 | $400.00 | $320.00 |
| 07/07/2026 | Email | Initial consultation with Brandon Rader regarding personal Chapter 11 representation; review case posture and retention terms | 4.2 | $400.00 | $1,680.00 |
| | | **TOTAL FEES FOR SERVICES LISTED** | **25.00** | | **$10,000.00** |

## NOTES

- This exhibit includes only time entries recorded on the Brandon Scott Rader personal Chapter 11 matter (Case No. 26-12138-JDL). No time entries from Campbell 215, LLC are included.
- No expenses are included in this exhibit; the total above reflects fees for services only.