**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>RADER, BRANDON SCOTT,<br>Debtor. | Case No. 26-12138-JDL<br>Chapter 11 |

**UNITED STATES TRUSTEE'S NOTICE OF WITNESSES AND EXHIBITS THAT MAY BE USED AT THE HEARINGS SET FOR NOVEMBER 19, 2026**

The United States Trustee ("**UST**") submits this list of witnesses and exhibits that she may utilize at the hearing on (i) the UST's Amended Motion for Review of Attorney's Compensation [Doc. 75], and (ii) any other matter scheduled for November 19, 2026, at 10:00 a.m. The UST reserves the right to supplement or amend these lists prior to the hearing.

**A. Witnesses:**

| | **Name:** | **Description of Proposed Testimony:** |
|---|---|---|
| **1.** | Brandon Rader<br>Debtor Representative | Debtor's operations, finances, and pre- and post-petition management and activities |
| **2.** | Shannon Vencil<br>Auditor, United States Trustee | Debtor's financial transactions and condition, and meetings with Debtor and information requested |
| **3** | Robert Newark | Work performed on Debtor's behalf |
| **4.** | Any witness listed by any other interested party to whom the UST does not object. | |
| **5.** | Rebuttal witnesses as deemed necessary | |

**B. Exhibits:**

| | **Description:** |
|---|---|
| **1.** | Docket Sheet of Debtor |
| **2.** | Voluntary Petition [Doc. 1] |
| **3.** | Emails to and from Mr. Newark regarding Initial Debtor Interview |
| **4.** | Engagement Agreement between Debtor and Mr. Newark |
| **5.** | Banking records of Mr. Newark regarding Debtor, including retainers, deposits of funds, Trust Accounts, and transfers from Trust Account to Operating Account |
| **6.** | Invoices from Mr. Newark to Debtor |
| **7.** | All Drafts of Debtor's bankruptcy documents, including wet signatures |
| **8.** | OSCN list of lawsuits regarding Debtor |
| **9.** | Recording or Transcript of Meeting of Creditors |
| **10.** | Any exhibit listed by any other interested party to which the UST does not object. |
| **11.** | Demonstrative exhibits. |

**C. Estimated Time to Present Evidence & Argument:**

The UST estimates that it will take approximately one hour to present any witnesses and exhibits in chief, and approximately 10 minutes to present legal argument to the Court.

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Jeffrey E. Tate

Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov